IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00464-WJM-MJW

JEFFREY HEIT, and
LANCE TITUS,

Plaintiff(s),

v.

EDF TRADING NORTH AMERICA, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 9) is GRANTED finding good cause shown.  The Agreed Protective Order (docket no. 9) is APPROVED as amended in paragraphs 8 and 12 and made an Order of Court.

Date:   May 16, 2011